CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JAN 29 2013

LODGED_____REC'D_____
'AID_____DOCKETED_____



# United States Bankruptcy Court
# for the District of Oregon

**Thomas M. Renn, Judge**
Virginia H. Denney, Judicial Assistant
Howard J. Newman, Law Clerk

405 East Eighth Avenue, Suite 2600
Eugene, Oregon 97401

(541) 431-4050
FAX: (541) 431-4047

January 10, 2013

Ms Sheba Ann Williams
525 N. Riverside Avenue, #10
Medford, OR 97501

RE:   WILLIAMS, Sheba Ann; Case No. 12-65123-tmr7

Dear Ms Williams:

The court has reviewed your objection to the court's notice of intent to not grant a discharge. In your objection you state that eight years have elapsed since your last petition was filed and you were granted a discharge. The court disagrees. You filed your prior case on September 21, 2005, so you will not be eligible for a chapter 7 discharge unless the new case is filed on or after September 22, 2013. Accordingly, an order will be entered overruling your objection and denying your chapter 7 discharge in this case.

I urge you to seek legal counsel so that you may consider your options.

Very truly yours,

THOMAS M. RENN
Bankruptcy Judge

TMR:vhd

cc:   U. S. Trustee's office
      Mr. Joseph Charter, Trustee